THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiff CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, an individual,

Plaintiff,

v.

NAPA VALLEY PETROLEUM, INC., a California Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940; and GELOW, INC., a California Corporation,

Defendants.

**CASE NO. CV-10-4421-EMC**

**STIPULATION EXTENDING TIME FOR DEFENDANT NAPA VALLEY PETROLEUM, INC., a California Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940 TO RESPOND TO PLAINTIFF'S COMPLAINT**

ORDER

Pursuant to Local Rule 6.1(a), Plaintiff CRAIG YATES, and Defendant NAPA VALLEY PETROLEUM, INC., a California Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940, by and through their respective counsel, respectfully request and make the following stipulation:

1. Whereas, defendant NAPA VALLEY PETROLEUM, INC., a California Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940 was served with the summons and complaint on November 12, 2010, via personal-service. Its answer to the complaint is currently due on December 3, 2010.

///

2. Whereas, defendant NAPA VALLEY PETROLEUM, INC., a California Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940 has retained counsel and requested additional time to respond to plaintiff's complaint;

3. Whereas, the parties are currently trying to negotiate a settlement in the above-referenced case, and wish to reduce fees, costs and litigation expenses in so doing;

4. Whereas, the parties believe it would be in the interests of efficiency and economy to extend the deadline for defendant NAPA VALLEY PETROLEUM, INC., a California Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940 to respond to the complaint, and to allow time to negotiate an agreement;

5. Whereas, plaintiff has agreed to grant additional time for defendant NAPA VALLEY PETROLEUM, INC., a California Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940 to respond to the complaint; and

6. Whereas, defendant's counsel further stipulates that defendant will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by this court prior to the date on which defendant's responsive pleading is due.

///

///

///

///

///

///

///

///

///

///

///

///

STIPULATION EXTENDING TIME FOR DEFENDANT NAPA VALLEY PETROLEUM, INC., a California Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940 RESPOND TO PLAINTIFF'S COMPLAINT CV-10-4421-EMC

2

**IT IS STIPULATED:**

That the last day for defendant NAPA VALLEY PETROLEUM, INC., a California Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940, to answer or otherwise respond to plaintiff's complaint be extended up to and including January 17, 2011.

Respectfully submitted,

Dated: December 3, 2010

THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***

By: ___________/s/__________________________
Thomas E. Frankovich
Attorneys for Plaintiff CRAIG YATES, an individual

Dated: December 3, 2010

CAMERON SCOTT KIRK,
***SPAULDING MCCULLOUGH & TANSIL LLP***

By: ___________/s/________________________
Cameron Scott Kirk
Attorney for Defendant NAPA VALLEY PETROLEUM, INC., a California Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940

IT IS SO ORDERED

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward M. Chen

_______________________
Edward M. Chen
U.S. Magistrate Judge

STIPULATION EXTENDING TIME FOR DEFENDANT NAPA VALLEY PETROLEUM, INC., a California Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940 RESPOND TO PLAINTIFF'S COMPLAINT CV-10-4421-EMC 3