1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff CRAIG YATES

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9
   CRAIG YATES, an individual,            )    **CASE NO. CV-10-4421-EMC**
10                                         )
            Plaintiff,                     )    **STIPULATION EXTENDING TIME**
11                                         )    **FOR DEFENDANT NAPA VALLEY**
   v.                                      )    **PETROLEUM, INC., a California**
12                                         )    **Corporation dba SALVADOR EXXON,**
   NAPA VALLEY PETROLEUM, INC., a          )    **a.k.a., CHEVRON STN 00305940 TO**
13 California Corporation dba SALVADOR     )    **RESPOND TO PLAINTIFF'S**
   EXXON, a.k.a., CHEVRON STN              )    **COMPLAINT**
14 00305940; and GELOW, INC., a California )
   Corporation**,**                       )     ORDER
15                                         )
                                           )
16         Defendants.                     )
17 _____ )

18

19

20         Pursuant to Local Rule 6.1(a), Plaintiff CRAIG YATES, and Defendant NAPA VALLEY

21 PETROLEUM, INC., a California Corporation dba SALVADOR EXXON, a.k.a., CHEVRON

22 STN 00305940, by and through their respective counsel, respectfully request and make the

23 following stipulation:

24         1.      Whereas, defendant NAPA VALLEY PETROLEUM, INC., a California

25 Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940 was served with the

26 summons and complaint on November 12, 2010, via personal-service.  Its answer to the

27 complaint is currently due on December 3, 2010.

28 *///*

STIPULATION EXTENDING TIME FOR DEFENDANT  NAPA VALLEY PETROLEUM, INC., a California Corporation dba
SALVADOR EXXON, a.k.a., CHEVRON STN 00305940 RESPOND TO PLAINTIFF'S COMPLAINT   CV-10-4421-EMC

1    2.    Whereas, defendant NAPA VALLEY PETROLEUM, INC., a California

2  Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940 has retained counsel

3  and requested additional time to respond to plaintiff's complaint;

4    3.    Whereas, the parties are currently trying to negotiate a settlement in the above-

5  referenced case, and wish to reduce fees, costs and litigation expenses in so doing;

6    4.    Whereas, the parties believe it would be in the interests of efficiency and economy

7   to extend the deadline for defendant NAPA VALLEY PETROLEUM, INC., a California

8  Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940 to respond to the

9  complaint, and to allow time to negotiate an agreement;

10    5.    Whereas, plaintiff has agreed to grant additional time for defendant NAPA

11  VALLEY PETROLEUM, INC., a California Corporation dba SALVADOR EXXON, a.k.a.,

12  CHEVRON STN 00305940 to respond to the complaint; and

13    6.    Whereas, defendant's counsel further stipulates that defendant will comply with

14  any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court,

15  and/or any scheduling order issued by this court prior to the date on which defendant's responsive

16  pleading is due.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  **IT IS STIPULATED:**

2  That the last day for defendant NAPA VALLEY PETROLEUM, INC., a California

3  Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940, to answer or

4  otherwise respond to plaintiff's complaint be extended up to and including January 17, 2011.

5

6  Respectfully submitted,

7

8  Dated: December 3, 2010          THOMAS E. FRANKOVICH,
                                     *A PROFESSIONAL LAW CORPORATION*
9

10                                   By: _____/s/_____
11                                          Thomas E. Frankovich
                                     Attorneys for Plaintiff CRAIG YATES, an
12                                   individual

13

14  Dated: December 3, 2010          CAMERON SCOTT KIRK,
                                     *SPAULDING MCCULLOUGH & TANSIL LLP*
15

16                                   By: _____/s/_____
17                                          Cameron Scott Kirk

18                                   Attorney for Defendant NAPA VALLEY

19                                   PETROLEUM, INC., a California Corporation dba

20                                   SALVADOR EXXON, a.k.a., CHEVRON STN
                                     00305940
21  IT IS SO ORDERED

22

23  _____

24  Edward M. Chen
    U.S. Magistrate
25  Judge

26

27

28