THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone: 415/444-5800
Facsimile: 415/444-5805

Attorneys for Plaintiff CRAIG YATES, an individudal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NAPA VALLEY PETROLEUM, INC., a California Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940; and GELOW, INC., a California Corporation,<br><br>　　　　Defendants | CASE NO. CV-10-4421-EMC<br><br>STIPULATION OF DISMISSAL AND [P~~ROP~~OSED] ORDER THEREON |

　　　　The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. See <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

　　　　Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: September 13, 2011   THOMAS E. FRANKOVICH
                            *A PROFESSIONAL LAW CORPORATION*

                            By: /s/ *Thomas E. Frankovich*
                            Thomas E. Frankovich
                            Attorney for CRAIG YATES, an individual

Dated: September 13, 2011   THE COSTA LAW FIRM

                            By: /S/ *David MacMillan*
                            David MacMillan
                            Attorneys for NAPA VALLEY PETROLEUM, INC., a California Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940; and GELOW, INC., a California Corporation

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: 9/14, 2011

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

-2-