1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/444-5800
4  Facsimile:    415/444-5805

5  Attorneys for Plaintiff CRAIG YATES, an individudal

UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**

| CRAIG YATES, an individual, | ) | **CASE NO. CV-10-4421-EMC** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION OF DISMISSAL AND [P~~ROP~~OSED] ORDER THEREON** |
| v. | ) | |
| NAPA VALLEY PETROLEUM, INC., a California Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940; and GELOW, INC., a California Corporation, | ) ) ) ) ) ) | |
| Defendants | ) ) | |

      The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

      Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: September 13, 2011

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:   /s/ *Thomas E. Frankovich*
         Thomas E. Frankovich
Attorney for CRAIG YATES, an individual

Dated: September 13, 2011

THE COSTA LAW FIRM

By:   /S/ *David MacMillan*
         David MacMillan
Attorneys for NAPA VALLEY PETROLEUM, INC., a California Corporation dba SALVADOR EXXON, a.k.a., CHEVRON STN 00305940; and GELOW, INC., a California Corporation

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated:  9/14 , 2011

Honor_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen